**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 23, 2020

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Harold Scott*, 15 Cr. 246 (PKC)—VOSR Adjournment

Dear Judge Castel:

The Government submits this letter to request an adjournment of the VOSR conference scheduled in the above-captioned case for Wednesday March 25 at 11:00 am. The Government asks that the conference be adjourned for approximately 60 days, or until the current public health crisis has receded. Defense counsel consents to the request.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorneys
(212) 637-2211

Conference Adjourned
From: March 25, 2020
To: May 27, 2020 at 11:45 am
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 3-23-20