UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                        15-cr-246 (PKC)

      -against-

                                        ORDER

HAROLD SCOTT,

                      Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Under the provisions of the Standing Order of Chief Judge McMahon of March 17, 2020, (M10-468 (20-mc-163)), all further proceedings on the alleged violation of supervised release by Harold Scott are adjourned pending further Order.

        SO ORDERED.

                                                  P. Kevin Castel
                                          United States District Judge

Dated:  New York, New York
           May 18, 2020