

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 24, 2020

**BY ECF**
Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> VOSR hearing is scheduled for December 9, 2020 at 3:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 9/24/2020
> P. Kevin Castel
> United States District Judge

**Re: *United States v. Harold Scott*, 15 Cr. 246 (PKC)—VOSR Conference**

Dear Judge Castel:

The Government writes to request a VOSR conference in the above-captioned case.

A violation report dated January 21, 2020 charged the defendant with eight violations arising from a criminal case in Nassau County charging the defendant with driving under the influence on December 5, 2019 (the "Nassau County Case"). The parties appeared before this Court on January 30, 2020 to arraign the defendant on those violations and discuss the status of the Nassau County case. No conference has been held since then due to the pandemic.

On or about September 18, 2020, the defendant entered a plea in the Nassau County Case, and he is scheduled to be sentenced in that case on November 19. The Government asks that the Court schedule a conference on the violations for a date after November 19. The Government has discussed scheduling with the Probation Officers and defense counsel, and understands that the week of December 7 would be most convenient for them if the Court is available.

Respectfully Submitted,

AUDREY STRAUSS
Acting United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211