UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                -against-

HAROLD SCOTT,

                Defendant.
-----------------------------------------------------------x

15-cr-246 (PKC)

ORDER

CASTEL, U.S.D.J.

        Due to the recent rise in Covid-19 cases in the metropolitan area, it is advisable to defer in-court proceedings whenever possible. Accordingly, the VOSR proceeding for Harold Scott is adjourned from December 9, 2020 to February 10, 2021 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                          P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           November 24, 2020