UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                     15-cr-246 (PKC)

        -against-

                                                ORDER

HAROLD SCOTT,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        The VOSR proceeding scheduled for February 10, 2021 at 12:00 P.M. will be

held telephonically.  The dial-in details are below.

        Dial-in:       (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                      P. Kevin Castel
                            United States District Judge

Dated: New York, New York
       February 4, 2021